THE STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. LEO POTTER, DEFENDANT IN ERROR.

Submitted July 7, 1913—Decided October 16, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 428.

For the plaintiff in error, *Michael Dunn.*

For the defendant in error, *William I. Lewis.*

PER CURIAM.

The judgment under review is affirmed, for the reasons stated in the opinion filed in the Supreme Court by Mr. Justice Minturn.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER, JJ.   10.

*For reversal*—None.